*torney General Doub, John R. Benney* and *Melvin Richter* for the United States. 

No. 100. SCOTT ET AL. *v.* WILSON. Supreme Court of Ohio. Certiorari denied. *Charles G. White, Forrest E. Ely, Harold A. Kertz* and *Lucien H. Mercier* for petitioners. *Lyman Brownfield* for respondent.

No. 102. NOVAK *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Walter Stein* and *Mervyn R. Turk* for petitioner. *Raymond R. Start* for respondent.

No. 105. SCOTT ET AL. *v.* FAYETTE COUNTY AGRICULTURAL SOCIETY. Supreme Court of Ohio. Certiorari denied. *Charles G. White, Forrest E. Ely, Harold A. Kertz* and *Lucien H. Mercier* for petitioners. *Lyman Brownfield* for respondent.

No. 106. UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 420, AFL, ET AL. *v.* SCHAUFFLER, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Charles A. Rothman, Martin F. O'Donoghue* and *Thomas X. Dunn* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Theophil C. Kammholz* and *Dominick L. Manoli* for respondent.

No. 111. CHOCTAW NATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Wesley E. Disney* and *W. F. Semple* for petitioner. *Simon E. Sobeloff,* then